STATE EX REL. HANNA VS. FREAR and others.

*October 8—October 15, 1910.*

ACTION invoking the original jurisdiction of this court to compel the state board of canvassers to certify to the various county clerks of the state the name of *T. H. Hanna* as that of the Democratic candidate for state senator for the Twenty-first senatorial district of this state, to be placed on the official ballot to be used at the general election to be held in November, 1910.

The complaint by appropriate allegations and a demurrer thereto presents for adjudication the questions raised by the pleadings in the case of *State ex rel. McGrael v. Phelps,* decided herewith (*ante,* p. 1).

The cause was argued and submitted at the same time and by the same counsel as in the case of *State ex rel. McGrael v. Phelps.*

The following opinion was filed October 15, 1910:

PER CURIAM. This cause is ruled by the decision in the case above referred to. Following that decision the demurrer for insufficiency must be sustained and the action dismissed. The court so orders.

TIMLIN, J., and WINSLOW, C. J., dissent. BARNES, J., concurs in the conclusion reached.

On October 25, 1910, the relator moved for a rehearing, and also moved that Supreme Court Rules 37–41, relating to motions for a rehearing, be suspended. The latter motion was denied; and the motion for a rehearing was afterwards abandoned.